United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 11-18924-jkf
Luther Williams, Sr.                                            Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: ChrissyW           Page 1 of 1            Date Rcvd: Oct 26, 2016
                              Form ID: trc             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
```
12672234       +Bank of America, N.A.,    c/o Chase Records Center,    Attn: Correspondence Mail,
                 Mail Code: LA4-555,    700 Kansas Lane,    Monroe, LA 71203-4774
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A ecfmail@mwc-law.com,    ecfmail@mwc-law.com
              MICHAEL A. CATALDO2    on behalf of Debtor Luther  Williams, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Luther  Williams, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 7
```

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 11-18924-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Luther Williams, Sr.
3041 N. 23rd Street
Philadelphia PA 19132

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/25/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Bank of America, N.A., c/o Chase Records Center, Attn: Correspondence Mail, Mail Code: LA4-555, 700 Kansas Lane, Monroe, LA 71203 | U.S. Bank, National Association, as Tru Serviced by Select Portfolio Servicing, 3815 South West Temple Salt Lake City, UT 84115 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/28/16

Tim McGrath
**CLERK OF THE COURT**