### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Luther Williams, Sr.<br>       <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 11-18924 JF |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, National Association as successor by merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage Loan Trust Series 2001-A, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: ase)

                                              Respectfully submitted,

                                              **/s/Thomas Puleo, Esquire**
                                              Thomas Puleo, Esquire
                                              Brian C. Nicholas, Esquire
                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 825-6306  FAX (215) 825-6406