United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 11-18924-jkf
Luther Williams, Sr.                                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 2                   Date Rcvd: Apr 14, 2017
                              Form ID: 138NEW             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2017.
```
db           +Luther Williams, Sr.,    3041 N. 23rd Street,    Philadelphia, PA 19132-1439
cr           +JPMORGAN CHASE BANK, N.A.,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
12603383     +Acs Inc,    Attn: Bankruptcy,    PO Box 56317,    Philadelphia, PA 19130-6317
12837434     +Bank of America NA,    c/o Andrew F. Gornall, Esq.,    KML Law Group PC,
               701 Market St., Ste. 5000,    Phila., PA 19106-1541
12672234     +Bank of America, N.A.,    c/o Chase Records Center,    Attn: Correspondence Mail,
               Mail Code: LA4-555,    700 Kansas Lane,    Monroe, LA 71203-4774
12603385     +Central Financial Control,    Attn: Bankruptcy,    PO Box 66044,    Anaheim, CA 92816-6044
12603387     +EMC Mortgage Corporation,    PO Box 293150,    Lewisville, TX 75029-3150
12603388     +Equifax,    P.O. Box 144717,    Orlando, FL 32814-4717
12603389     +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
12672233     +JP Morgan Chase Bank, N.A.,    MAIL CODE: OH4- SEE BELOW,    3415 Vision Drive,
               Columbus, OH 43219-6009
12603393      PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
               Harrisburg, PA 17120-0946
12641071     +Philadelphia Gas Works,    800 W Montgomery Ave, 3F,    Philadelphia, PA 19122-2898,
               Attn: Bankruptcy Unit
12603394     +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
               Chicago, IL 60661-3631
13812965     +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:22     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2017 00:10:48
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 15 2017 00:11:19     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12603384      E-mail/Text: RA-BCSEBKN@state.pa.us Apr 15 2017 00:10:37
               Bureau Of Child Support Enforcement,    P. O. box 8018,    Harrisburg, PA 17105-8018
12603386     +E-mail/Text: bankruptcy@phila.gov Apr 15 2017 00:11:22     City of Philadelphia,
               Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
12603390      E-mail/Text: cio.bncmail@irs.gov Apr 15 2017 00:10:39     I.R.S.,    Special Procedures Branch,
               Insolvency Unit,    P.O. Box 12051,    Philadelphia, PA 19105-2051
12603392     +E-mail/Text: egssupportservices@egscorp.com Apr 15 2017 00:11:11     Nco/inovision-medclr,
               Attn: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12603391       Julia Williams
12731119*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
12731120*     +Internal Revenue Service,    P.O. Box 7317,    Philadelphia, PA 19101-7317
cr           ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
                                                                                               TOTALS: 1, * 2, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2017                               Signature:   /s/Joseph Speetjens

```
District/off: 0313-2         User: ChrissyW              Page 2 of 2              Date Rcvd: Apr 14, 2017
                             Form ID: 138NEW             Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A ecfmail@mwc-law.com, ecfmail@mwc-law.com
              MICHAEL A. CATALDO2    on behalf of Debtor Luther  Williams, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Luther  Williams, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Luther Williams, Sr.

    Debtor(s)

Bankruptcy No: 11−18924−jkf

Chapter: 13

___

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/14/17