United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-18924-jkf
Luther Williams, Sr.                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: ChrissyW              Page 1 of 1                 Date Rcvd: May 24, 2017
                            Form ID: 195                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
db              +Luther Williams, Sr.,    3041 N. 23rd Street,    Philadelphia, PA 19132-1439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, National Association, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A ecfmail@mwc-law.com, ecfmail@mwc-law.com
              MICHAEL A. CATALDO2    on behalf of Debtor Luther  Williams, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Luther  Williams, Sr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, National Association as successor by
               merger to LaSalle Bank, National Association As Trustee for Certificateholders of EMC Mortgage
               Loan Trust Series 2001-A tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Luther Williams, Sr.  : Case No. 11–18924–jkf
      Debtor(s)

## *ORDER*
_____

    AND NOW, this day , May 24,2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

62
Form 195